```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

JEREMY SEAN KEE                                                    PLAINTIFF

v.                       Case No. 4:09-CV-04029

MAJOR TURNER; OFFICER COLLENS;
JOHNNY BAILEY                                                     DEFENDANTS

## O R D E R

On this 23rd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 31) filed in this case on May 5, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Separate Defendant Officer Collens is **DISMISSED WITHOUT PREJUDICE** as a party in the instant matter pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 23rd day of June 2011.

*/s/ Paul K. Holmes,* III

                                                **PAUL K. HOLMES, III**
                                                **UNITED STATES DISTRICT JUDGE**