IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY SEAN KEE                                                                                            PLAINTIFF

V.                                         No.  4:09-CV-04029

MAJOR TURNER, et al                                                                                  DEFENDANT

REPORT AND RECOMMENDATION

Before the undersigned for report and recommendation is the Defendants Johnny Bailey and GaryTurner's Motion to Dismiss (*ECF No.* 33) filed July 20, 2011, because of the Plaintiff's failure to respond to discovery request.  The Plaintiff has not filed a Response. The Defendant filed a Motion to Compel (*ECF No. 29*) on April 1, 2011.  The court granted the Motion to Compel by Order (*ECF No. 30*) dated May 2, 2011 and the Plaintiff was to comply to the Motion on or before June 2, 2011.  The Plaintiff has failed to comply with the Motion to Compel or to the Court's Order.

Based upon the forgoing I recommend that the instant Motion to Dismiss be **GRANTED**.

**The parties have fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this January 13, 2012.

-1-

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
CHIEF U. S. MAGISTRATE JUDGE