IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY SEAN KEE                                                                                    PLAINTIFF

v.                                          Civil No. 4:09-CV-04029

MAJOR TURNER, *et al.*                                                                       DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 13, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Marschewski recommends that Defendants' Motion to Dismiss (ECF No. 33) in the above-styled case be granted due to Plaintiff's failure to respond to a discovery request and obey an order of the Court. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 33) is **GRANTED**.

**IT IS SO ORDERED**, this 31st day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge